433 A.2d 544

Conard et al., Appellants v. Quakertown Hospital et al.

Argued September 9, 1980. Ester Hornik, for appellants; Frederick E. Smith, for Quakertown Hospital, appellee; Allan Molotsky, for Eicher and Shoemaker, appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.
Order affirmed.